■ The People of the State of New York, Respondent, v Curtis M. Jones, Appellant. [703 NYS2d 773] —Judgment unanimously affirmed. Same Memorandum as in *People v Nicholson* (269 AD2d 868 [decided herewith]). (Appeal from Judgment of Erie County Court, Rogowski, J.—Robbery, 1st Degree.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Lawton, JJ.